IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **HARMS FARMS TRUCKING, INC.,** § | |
| Plaintiff, § | |
| v. § | |
| § | **CASE NO.: 05-cv-03185** |
| **WOODLAND CONTAINER** § | |
| **CORPORATION,** § | |
| Defendant & Cross-Defendant, § | |
| § | |
| **KAWASAKI MOTORS** § | |
| **MANUFACTURING CORP., U.S.A.,** § | |
| Defendant, Cross-Claimant & § | |
| Third-Party Plaintiff, § | |
| § | **ORDER EXTENDING** |
| v. § | **TIME TO ANSWER COMPLAINT** |
| § | |
| **PEOPLES NATIONAL BANK** § | |
| **OF MORA,** § | |
| Third-Party Defendant § | |

Based on the stipulation of the parties' respective counsel (Docket # 8), the time for Third Party Defendant Peoples National Bank of Mora to answer or otherwise respond to the Third Party Complaint is extended up to and including October 21, 2005.

Dated: August 23, 2005

BY THE COURT

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge