IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| HARMS FARMS TRUCKING, | ) | |
| | ) | |
| Plaintiff, | ) | 4:05cv3185 |
| | ) | |
| v. | ) | |
| | ) | |
| WOODLAND CONTAINER, and KAWASAKI | ) | ORDER |
| MOTORS MANUFACTURING CORP. U.S.A., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

IT HEREBY IS ORDERED:

Counsel and unrepresented parties shall meet and confer in accordance with <u>Fed. R. Civ. P.</u> 26(f) and, by November 28, 2005, file their Report of Parties' Planning Conference.

DATED November 9, 2005.

                                                        /s/ *David L. Piester*
                                                      United States Magistrate Judge