IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| HARMS FARMS TRUCKING, INC., | ) | |
| | ) | |
| Plaintiff, | ) | 4:05CV3185 |
| | ) | |
| v. | ) | |
| | ) | |
| WOODLAND CONTAINER | ) | ORDER |
| CORPORATION and KAWASAKI | ) | |
| MOTORS MANUFACTURING CORP. | ) | |
| U.S.A., | ) | |
| | ) | |
| Defendants. | ) | |

IT IS ORDERED:

The motion of defendant Kawasaki Motors Manufacturing Corp., U.S.A. for time, filing 18, is granted and the deadline for filing the parties' Rule 26 planning conference report is extended to December 28, 2005.

DATED this 23rd day of November, 2005.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge