IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| HARMS FARMS TRUCKING, INC., | Case No.: 05-CV-03185 |
| Plaintiff, | |
| v. | **ORDER** |
| WOODLAND CONTAINER CORPORATION, | |
| Defendant and Cross Defendant, | |
| KAWASAKI MOTORS MANUFACTURING CORP., U.S.A., | |
| Defendant, Cross-Claimant, and Third-Party Plaintiff, | |
| v. | |
| PEOPLES NATIONAL BANK OF MORA, | |
| Third-Party Defendant. | |

IT IS ORDERED:

The Joint Motion for an Extension of Time to File the Report of the Parties' Planning Conference of the Plaintiff, Harms Farms Trucking, Inc., the Defendant, Cross-Claimant and Third-Party Plaintiff, Kawasaki Motors Manufacturing Corp., U.S.A., and the Third-Party Defendant, Peoples National Bank of Mora, for time, Filing No. 23, is granted and the deadline for filing the Report of Parties' Planning Conference is extended to January 27, 2006.

DATED this 22nd day of December, 2005.

BY THE COURT

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge