```
             IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| HARMS FARMS TRUCKING, | ) | |
| | ) | |
| Plaintiff, | ) | 4:05CV3185 |
| | ) | |
| v. | ) | |
| | ) | |
| WOODLAND CONTAINER and | ) | ORDER |
| KAWASAKI MOTORS MANUFACTURING | ) | |
| CORP. U.S.A., | ) | |
| | ) | |
| Defendants. | ) | |

IT IS ORDERED:

Plaintiff's unopposed oral motion is granted and the deadline for filing the parties' Rule 26 planning conference report is extended to February 13, 2006.

DATED this 27th day of January, 2006.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge