IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| HARMS FARMS TRUCKING, | ) | |
| | ) | |
| Plaintiff, | ) | 4:05CV3185 |
| | ) | |
| v. | ) | |
| | ) | |
| WOODLAND CONTAINER, and | ) | JUDGMENT OF DISMISSAL |
| KAWASAKI MOTORS MANUFACTURING | ) | WITH PREJUDICE |
| CORP. U.S.A., | ) | |
| | ) | |
| Defendants, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| PEOPLES NATIONAL BANK OF | ) | |
| MORA, | ) | |
| | ) | |
| Third Party Defendant. | ) | |

Upon the Stipulation for Judgment of Dismissal filed by the Defendant and Third Party Plaintiff Kawasaki Motors Manufacturing Corp., U.S.A., and Third Party Defendant Peoples National Bank of Mora, filing 43, and for cause shown, the Court finds that such motion should be, and the same is hereby, granted.

IT IS, THEREFORE, ADJUDGED, ORDERED AND DECREED that the Third Party action between Kawasaki Motors Manufacturing Corp., U.S.A., and Peoples National Bank of Mora is dismissed with prejudice, each party to pay its own costs incurred herein.

DATED this 7th day of April, 2006.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge