IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

```
HARMS FARMS TRUCKING,              )
                                   )
             Plaintiff,            )     4:05 CV 3185
                                   )
        v.                         )
                                   )
                                   )
WOODLAND CONTAINER, and            )     ORDER
KAWASAKI MOTORS MANUFACTURING      )
CORP., U.S.A.,                     )
                                   )
             Defendants.           )
```

A telephone conference call was held with counsel for plaintiff and defendant Kawasaki Motors Manufacturing Corp., U.S.A. on May 5, 2006 pursuant to prior order and F. R. Civ. P. 16. Counsel advised the court that service had been accomplished on defendant Woodland, and it is contemplated that a default judgment will be sought against that defendant.  Assuming that expectation to come true, counsel also agreed to submit the remaining case between them on stipulated facts.  Accordingly,

    IT THEREFORE HEREBY IS ORDERED:

    1.  Plaintiff and Defendant Kawasaki Motors Manufacturing Corp., U.S.A., shall file their stipulation of facts on or before June 20, 2006.

    2.  Plaintiff's brief shall be filed on or before June 30, 2006.

    3.  Defendant Kawasaki's brief shall be filed on or before July 14, 2006.

    4.  Plaintiff's reply brief shall be filed on or before seven days after the filing of the defendant's brief.

     5.  The case shall be deemed submitted at the conclusion of this briefing schedule.

DATED May 5, 2006

                                                      s/ *David L. Piester*
                                                  United States Magistrate Judge