IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| HARMS FARMS TRUCKING, | ) | |
| | ) | |
| Plaintiff, | ) | 4:05CV3185 |
| | ) | |
| v. | ) | |
| | ) | |
| WOODLAND CONTAINER | ) | ORDER |
| CORPORATION and KAWASAKI | ) | |
| MOTORS MANUFACTURING CORP. | ) | |
| U.S.A., | ) | |
| | ) | |
| Defendants. | ) | |

Plaintiff's unopposed motion to extend briefing dates, filing 53, is granted, and

IT IS ORDERED:

1. Plaintiff and Defendant Kawasaki Motors Manufacturing Corp., U.S.A., shall file their stipulation of facts on or before August 21, 2006.

2. Plaintiff's brief shall be filed on or before August 31, 2006.

3. Defendant Kawasaki's brief shall be filed on or before September 14, 2006.

4. Plaintiff's reply brief shall be filed on or before seven days after the filing of the defendant's brief.

5. The case shall be deemed submitted at the conclusion of this amended briefing schedule.

DATED this 9th day of June, 2006.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge