IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| HARMS FARMS TRUCKING, INC., | ) | |
| | ) | |
| Plaintiff, | ) | 4:05CV3185 |
| | ) | |
| v. | ) | |
| | ) | |
| KAWASAKI MOTORS MANUFACTURING | ) | ORDER |
| CORP. U.S.A., | ) | |
| | ) | |
| Defendant. | ) | |

Counsel appeared before me this date for the final pretrial conference. During the conference counsel agreed that the case can be submitted on a stipulation of facts, together with a specification of claims and defenses and the exhibits agreed to be received. Accordingly,

IT IS ORDERED:

1. Counsel shall file their stipulation by October 6, 2006, including uncontroverted facts, exhibits to be considered by the court (if not previously filed in relation to the defendant's pending summary judgment motion), and specification of claims and defenses.

2. Plaintiff is given until October 17, 2006 to file a supplemental brief.

3. Defendant is given until October 27, 2006 to file a reply brief.

4. This case will be deemed submitted at the conclusion of this briefing schedule.

DATED this 4th day of October, 2006.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge