IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| HARMS FARMS TRUCKING, INC., | Case No.: 4:05CV3185 |
| Plaintiff, | |
| v. | **ORDER** |
| WOODLAND CONTAINER CORPORATION, | |
| Defendant and Cross Defendant, | |
| KAWASAKI MOTORS MANUFACTURING CORP., U.S.A., | |
| Defendant, Cross-Claimant, and Third-Party Plaintiff, | |
| v. | |
| PEOPLES NATIONAL BANK OF MORA, | |
| Third-Party Defendant. | |

IT IS ORDERED:

The Joint Motion to Vacate Judgment, Filing No. 87, is granted, the Court's Order and Judgment entered November 30, 2006 is hereby vacated, and the above-entitled matter is dismissed as to Kawasaki Motors Manufacturing Corp., U.S.A. with prejudice.

DATED this 12th day of February, 2007.

BY THE COURT

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge

Approved as to form:

<u>/s/ Charles E. Sykes, #14144</u>
SADLER & SYKES, L.L.P.
2200 Post Oak Boulevard, Suite 500
Houston, Texas  77056
713/877-8111
713/877-8188 (FAX)

<u>/s/ Bradford E. Kistler, #12243</u>
KINSEY MORRIS BECKER KISTLER TITUS & ROWE, LLP
121 South 13th Street, Suite 601
PO Box 85778
Lincoln, Nebraska   68501-5778
(402) 438-1313 (EXT. 15)
(402) 438-1654 (FAX)